# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 16 MAP 2021
:
Appellant :
:
:
v. :
: Appeal from the Order of the Carbon
CHRISTOPHER GRUVER, : County Court of Common Pleas, Criminal
: Division, at No. CP-13-CR-0000166-2019
Appellee : dated 4/22/20

## ORDER

**PER CURIAM**                                                   **DECIDED:  June 22, 2021**

**AND NOW**, this 22nd day of June, 2021, the Order of the Carbon County Court of Common Pleas is AFFIRMED.  Given the limited nature of this appeal, in which the Commonwealth challenges only the trial court's authority to declare a statute unconstitutional, this Court offers no present opinion concerning the substance of the county court's ruling in which it held that the registration and notification requirements of the Sexual Offender Registration and Notification Act ("SORNA"), as applied to Appellee, were unconstitutional and unenforceable.  *See generally Commonwealth v. Capitolo*, 498 A.2d 806, 810-11 (Pa. 1985) (explaining that this Court does not address issues that appellants elect not to raise or otherwise act as an advocate for the parties).